# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33**

November 30, 2021

*By the Court*:

| No. 21-2897 | AMANDA JANE BERGQUIST,<br>Plaintiff - Appellant<br><br>v.<br><br>DONALD MILAZZO, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:18-cv-03619<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey ||

Pursuant to Circuit Rule 33, all proceedings in this appeal are STAYED pending further court order.

Counsel for the Appellant and Appellee are directed to make a telephonic or electronic mail Status Report to the Circuit Mediation Office on December 23, 2021. This requirement may be satisfied by filing a motion under Fed. R. App. P. 42(b) to dismiss the appeal.

form name: **c7_Order_CR33**     (form ID: **186**)