# United States Court of Appeals
# For the Seventh Circuit

```
AMANDA JANE BERGQUIST,              ] Appeal from the United
       Plaintiff-Appellant,         ] States District Court for
                                    ] the Northern District of
No. 21-2897                 v.      ] Illinois, Eastern Division
                                    ]
DONALD MILAZZO, et al.,             ] No. 1:18-cv-03619
       Defendants-Appellees.        ]
                                    ] John Robert Blakey,
                                    ]      Judge.
```

**AGREED MOTION FOR VOLUNTARY DISMISSAL**

    In accordance with discussions held under Federal Rule of Appellate Procedure 33 and with the consent of the Appellees, the Appellant moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), each party to bear their own costs.



                              */s/ Solomon M. Radner*
                                Attorney for Appellant

                                  March 30, 2022
                                     Date